The People of the State of New York, Respondent,
against
Daniel Caldwell, Defendant-Appellant.



Defendant appeals from a judgment of the Criminal Court of the City of New York, New York County (Robert M. Mandelbaum, J.), rendered September 23, 2014, after a nonjury trial, convicting him of driving while impaired, and imposing sentence.




Per Curiam.
Judgment of conviction (Robert M. Mandelbaum, J.), rendered September 23, 2014, affirmed.
The verdict convicting defendant of driving while ability impaired (see Vehicle and Traffic Law § 1192[1]) was not against the weight of the evidence (see People v Danielson, 9 NY3d 342, 348-349 [2007]). The inconsistencies in the testimony and other credibility issues raised by defendant were properly placed before the trier of fact, and we find no basis on the record to disturb its findings.
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: April 19, 2018